UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BARBARA ZINNAMON for
DWIGHT DAVIDSON, JR.,

                Plaintiff,

-against-

SPRINT WIRELESS PCS,

                Defendant.
-----------------------------------------------------------X
-----------------------------------------------------------X

BARBARA ZINNAMON,

                Plaintiff,

-against-

CINGULAR WIRELESS,

                Defendant.
-----------------------------------------------------------X

## CIVIL JUDGMENT

**09-CV-5696 (ARR)**

**09-CV-5699 (ARR)**

Pursuant to the court's Memorandum and Order issued on January 4, 2010 dismissing these two complaints, it is

**ORDERED, ADJUDGED AND DECREED:** That these two complaints are hereby dismissed pursuant to Fed. R. Civ. P. 12(h)(3). The court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

                              /Signed by Judge Ross/
                              _____
                              Allyne R. Ross
                              United States District Judge

Dated: January 4, 2010
        Brooklyn, New York